Entered: November 25, 2014    Case 14-00055    Doc 48    Filed 11/25/14    Page 1 of 5
Signed: November 24, 2014

**SO ORDERED**



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | Case No. 12-22963-JFS |
| **GORDON INSTITUTE FOR SPORTS** | * | |
|     **PERFORMANCE, LLC** | * | Chapter 7 |
| | * | |
|     Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **GORDON, ERIC MYLES,** | * | Case No. 12-24723-JFS |
| and | * | (Jointly Administered Under |
| **GORDON, LAURIE LITZ,** | * | Case No. 12-22963-JFS) |
| | * | |
|     Debtors. | * | Chapter 7 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RICHARD M. KREMEN, Trustee, | * | |
| | * | Adv. Proc. No. 14-00055-JFS |
|     Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| ERIC MYLES GORDON, et al., | * | |
| | * | |
|     Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| RICHARD M. KREMEN, Chapter 7 Trustee | * * * | |
| Plaintiff, | * * | |
| v. | * * | Adv. Proc. No. 14-00296-JFS |
| SALEH STEVENS, et al. | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Upon consideration of the *Motion for Approval of Settlement Agreement* (the "Motion") filed by Richard M. Kremen, Trustee for the bankruptcy estates of Eric Myles Gordon, Laurie Litz Gordon and the Gordon Institute for Sports Performance, LLC (the "Trustee"), notice having been issued to creditors and other parties in interest and no objection having been filed, and it appearing that the terms of the Motion are just and proper and in the best interest of the bankruptcy estate, this Court finds:

1. This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Adversary Proceedings (as defined in the Motion) contain allegations of fraud.

3. Eric Myles Gordon ("Mr. Gordon") and Laurie Litz Gordon ("Mrs. Gordon" and collectively with Mr. Gordon, the "Gordons") have had the advice of experienced bankruptcy counsel.

4. The allegations of fraud contained in the Adversary Proceedings, if proved, would be a potential basis for a finding by the Court that the Trustee's claims against the Gordons are nondischargeable.

5. The Gordons have been advised that they are not under any legal obligation to agree that the claims are nondischargeable, but rather than risk an adverse ruling where the Court might find the claims nondischargeable, the Gordons have decided to consent to the terms of the Settlement Agreement, including the nondischargeability of the entire Settlement Amount by Mr. Gordon and a portion of the Settlement Amount by Mrs. Gordon.

6. The Gordons have been advised that they are under no obligation to enter into the Settlement Agreement or agree to the nondischargeability of the Settlement Amount (or any portion thereof).

NOW THEREFORE, in consideration of the foregoing, it is by the United States Bankruptcy Court for the District of Maryland,

1. **ORDERED,** that the Motion is hereby **GRANTED**; and it is further

2. **ORDERED,** that the Settlement Agreement is **APPROVED**; and it is further

3. **ORDERED,** that the Gordons shall pay the Trustee $200,000.00 (the "Settlement Amount") in full settlement of Adversary Proceedings, as defined in the Motion; and it is further

4. **ORDERED,** that the Settlement Amount shall be paid over three (3) years at an interest rate of five percent (5%) and interest only payments shall be paid to the Trustee commencing on the three (3) month anniversary of the execution of the Settlement Agreement, and shall be due and payable on the first (1st) day of each quarter thereafter until the Settlement Amount is paid in full; and it is further

5. **ORDERED,** that the principal of the Settlement Amount shall be due and payable on the third (3rd) anniversary of the execution of the Settlement Agreement; and it is further

6. **ORDERED,** that the Gordons shall deliver each payment due under the Settlement Agreement via bank check made payable to "Richard M. Kremen, Trustee" to the Trustee's attention c/o DLA Piper LLP (US), The Marbury Building at 6225 Smith Avenue, Baltimore, Maryland 21209-3600; and it is further

7. **ORDERED**, that in the Event of Default, as defined in the Motion, the Trustee shall give written notice of the Event of Default to the Gordons who will have ten (10) days to cure the Event of Default; and it is further

8. **ORDERED,** that the Nondischargeable Eric Gordon Balance (as defined in the Motion) constitutes a nondischargeable debt pursuant to 11 U.S.C. § 523, in any federal bankruptcy proceeding in which Mr. Gordon is, or may become, a debtor; and it is further

9. **ORDERED,** that the Nondischargeable Laurie Gordon Balance (as defined in the Motion) constitutes a nondischargeable debt pursuant to 11 U.S.C. § 523, in any federal bankruptcy proceeding in which Mrs. Gordon is, or may become, a debtor.

COPIES TO:

Eric Myles Gordon
Laurie Litz Gordon
Post Office Box 994
Edgartown, Massachusetts 02539

Richard M. Kremen, Esquire
Regan K. La Testa. Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Gerard R. Vetter, Esquire
Interim Assistant United States Trustee
United States Department of Justice
Office of the United State Trustee
101 West Lombard Street, Room 2650
Baltimore, Maryland 21201

Hugh M. Bernstein, Esquire
United States Department of Justice
Office of the United States Trustee
101 West Lombard Street, Room 2625
Baltimore, Maryland 21201

Saleh Stevens
3209 Caves Road
Owings Mills, Maryland 21117

Tate M. Russack, Esquire
Russack Associates, LLC
100 Severn Avenue, Suite 101
Annapolis Maryland 21403

Jonathan Biran, Esquire
Biran Kelly LLC
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201

**\*\*\* END OF ORDER \*\*\***